IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY JAMES EDDINS, #237521, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:08cv869-WHA |
| ) | |
| J.C. GILES, *et al.,* ) | (WO) |
| ) | |
| Respondents. ) | |

**OPINION and ORDER**

On January 16, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the instant 28 U.S.C. § 2254 petition for habeas corpus relief be and is hereby DISMISSED without prejudice to afford the petitioner an opportunity to fully exhaust all available state court remedies.

Done this 5th  day of February, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE